IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DOUGLAS RAY RICHARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-217-Z-BR |
| | § | |
| LORI K. REDMOND, | § | |
| | § | |
| Defendant. | § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS AND RECOMMENDATION**

The Court is in receipt of a handwritten pleading submitted by Plaintiff in response to the undersigned's Findings, Conclusions and Recommendation to Dismiss. (ECF 7). Therein, Plaintiff states he has been unable to comply with the Court's previous orders due to ongoing medical treatment. (*Id.*).

In order to provide Plaintiff a final opportunity to proceed with his case, the undersigned hereby WITHDRAWS the previously entered Findings, Conclusions and Recommendation to Dismiss. (ECF 6).

Plaintiff is directed to submit a certified inmate trust fund account data sheet or pay the $402.00 filing fee **within 30 days from the date of this Order**.

IT IS SO ORDERED.

ENTERED January 25, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE