IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DOUGLAS RAY RICHARDS,

    Plaintiff,

v.                                                         2:22-CV-217-Z-BR

LORI K. REDMOND,

    Defendant.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING § 1983 CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss for want of prosecution the § 1983 claim filed by the Plaintiff in this case. (ECF 10). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, and the case is **DISMISSED WITHOUT PREJUDICE.**

IT SO ORDERED.

March 30, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE